**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

WENDY M.,[1]

Plaintiff,

v. Civil Action No. 3:25cv373

FRANK BISIGNANO,
Commissioner of Social
Security,

Defendant.

**ORDER**

Having reviewed the REPORT AND RECOMMENDATION of the Magistrate Judge entered herein on August 7, 2026 (ECF No. 19), the PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF No. 20), the DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO THE REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE SUMMER L. SPEIGHT (ECF No. 21), and the time for the plaintiff to file a timely reply having expired, and no timely reply having been filed, and having considered the record and the REPORT AND RECOMMENDATION (ECF No. 19) and finding no error therein, it is hereby ORDERED that:

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials.

(1) The PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF No. 20) are overruled; and

(2) The REPORT AND RECOMMENDATION of the Magistrate Judge (ECF No. 19) is adopted on the basis of the reasoning of the REPORT AND RECOMMENDATION; and

(3) The Plaintiff's Motion for Summary Judgment (ECF No. 13) is denied; and

(4) The DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 14) is granted; and

(5) The Commissioner's decision is affirmed.

It is further ORDERED that the issues are adequately addressed by the briefs and oral argument would not materially aid the decisional process.

It is so ORDERED.

/s/ REP

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: September 15, 2026